**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01715-CMA-KMT

WILLIAM RAY HILLIS,

    Plaintiff,

v.

FEDEX FREIGHT, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 35) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  March __18__, 2013

                              BY THE COURT:

                              */s/ Christine M. Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge